AO 241 (Rev. 09/17)

**RECEIVED DEC 12 2022 BY MAIL**

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | MO. | District: | EAST |
|---|---|---|---|
| Name (under which you were convicted): L.J.M.F.12 N.F. KRISTA M. TATE | | Docket or Case No.: 21MR-CV00086 | |
| Place of Confinement: STATE OF MISSOURI TENTH JUDICIAL CIRCUIT COURT PROBATE DIV. | | Prisoner No.: L.J.M.F.12 | |

Petitioner (include the name under which you were convicted)
L.J.M.F.12 N.F.
KRISTA M. TATE

v.

Respondent (authorized person having custody of petitioner)
JARED L. MAJORS
Julia Chaney Faughn
LORY MAJors all in ind &
official capacity

The Attorney General of the State of: MISSOURI

Harold E. Majors JR.
Holly Conger-Koenig
all in ind. and off
capacity

Emergency/Expiclite PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Marion County Courthouse
    Tenth Judicial Circuit Court
    906 Broadway    Hannibal, MO 63401

    (b) Criminal docket or case number (if you know):  NONE

2.  (a) Date of the judgment of conviction (if you know):  NONE

    (b) Date of sentencing:  NONE

3.  Length of sentence:  NONE

4.  In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☒ No

5.  Identify all crimes of which you were convicted and sentenced in this case:  I am sentenced to be under guardianship of the State of Missouri, because I filed for a schedule for visitation with my dad.

6.  (a) What was your plea? (Check one)  NONE

    ☐ (1) Not guilty        ☐ (3) Nolo contendere (no contest)
    ☐ (2) Guilty            ☐ (4) Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? **N/A. I went to Avenues To get some help on a protection order. Julia Chaney-Faughn # 61117. Told me (by phone call) that She was assigned to represent me. She then filed my petitioner In the Tenth Judicial Circuit Court. And due to a unwaivable Conflict. I**

(c) If you went to trial, what kind of trial did you have? (Check one) ~~No Trial~~ **Cannot obtain attourney.**

☐ Jury    ☒ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☒ No

8. Did you appeal from the judgment of conviction?

☐ Yes   ☒ No

9. If you did appeal, answer the following:

(a) Name of court: **NONE**
(b) Docket or case number (if you know): **NONE**
(c) Result: **NONE**
(d) Date of result (if you know): **NONE**
(e) Citation to the case (if you know): **NONE**
(f) Grounds raised: **NONE. Lack of Jurisdiction. Cant even Hire an attourney Due to conflict. Tenth Judical Circuit State of Missouri Lacks Jurisdiction due to unwaivable Conflict. United States District Court is the proper Venue if I choose to file again. Breng I am natural Mother.**

(g) Did you seek further review by a higher state court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Name of court: **NONE**
(2) Docket or case number (if you know): **NONE**
(3) Result: **NONE**

AO 241 (Rev. 09/17)

(4) Date of result (if you know): NONE

(5) Citation to the case (if you know): NONE

(6) Grounds raised: NONE

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): NONE

(2) Result: NONE

(3) Date of result (if you know): NONE

(4) Citation to the case (if you know): NONE

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: NONE

(2) Docket or case number (if you know): NONE

(3) Date of filing (if you know): NONE

(4) Nature of the proceeding: NONE

(5) Grounds raised: NONE. Lack of Jurisdiction. Conflict of interest unwaivable, Canot hire attourney Due to conflict.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☒ No

(7) Result: NONE

(8) Date of result (if you know): **Result-guardianship Sept. 20, 2021.**

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: **NONE**
(2) Docket or case number (if you know): **NONE**
(3) Date of filing (if you know): **NONE**
(4) Nature of the proceeding: **NONE**
(5) Grounds raised: **NONE No Jurisdiction. No Attorney Can't hire one. Conflict**

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes  ☒ No

(7) Result: **NONE**
(8) Date of result (if you know): **NONE**

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: **NONE**
(2) Docket or case number (if you know): **NONE**
(3) Date of filing (if you know): **NONE**
(4) Nature of the proceeding: **NONE**
(5) Grounds raised: **NONE. No Jurisdiction. Conflict of interest. Can't hire an attourney.**

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes  ☒ No

(7) Result: n/A

(8) Date of result (if you know): n/A

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes  ☒ No
(2) Second petition:  ☐ Yes  ☒ No
(3) Third petition:   ☐ Yes  ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
No one Has Jurisdiction Due To Court Exercising, is not Legal Venue. Conflict Of interest. Prohibited

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Attourney Misrepresentation. Malpractice. RSMO 575.280 misconduct in administration of Justice.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Dec 17, 2020 Krista M. Tate went to Avenues for assistance for a protection order/possible custody. Dec 22, 2020, Legal Services of eastern Mo USPS. Sent Krista Tate a verification letter. Jan 12, Julia Chaney-Faughn Solicited Krista M Tate for representation. Jan 22, 2021 Julia Chaney-Faugh sent filed Case# 21MR-CV00086 in The Tenth Judicial Circuit Court

(b) If you did not exhaust your state remedies on Ground One, explain why: I did not exaust Remedies be Cause there are no remedies! This Court: Tenth Judicial Circuit Court has created a situation. In which I cant even hire an attourney. Due to this case being under a Conflict of interest. No one can take this case. No Attourney!

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: No Appeal, No order, to appeal, No Jurisdiction Due to Subject.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Motion for Default Judgement final Judgement Case.

Name and location of the court where the motion or petition was filed: Tenth Judicial Circuit Court

Docket or case number (if you know): 21MR-CV00086

Date of the court's decision: NONE, NO hearing, NO NOTICE

Result (attach a copy of the court's opinion or order, if available): Copy of Motion attached.

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No
(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No
(6) If your answer to Question (d)(4) is "Yes," state: NO

Name and location of the court where the appeal was filed: NONE

Docket or case number (if you know): NONE

Date of the court's decision: NONE

Result (attach a copy of the court's opinion or order, if available): NONE

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I didn't raise an issue due to issue not being heard. None of my petitions or motions have been heard for case # 21MR-CV00086, which was filed by Julia Chaney-Faughn. STATE OF MISSOURI HAS ABANDONED ME! No Remidies! No Jurisdiction. I can't obtain Lawyer

AO 241 (Rev. 09/17)

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: My mom complained of this in a guardianship hearing in case # 21MR-PR00048, in which the judge did not even recognize anything she said. Subject Matter Jurisdiction Conflict of interest

**GROUND TWO:** Criminal contempt 575.280. Misconduct in administration of Justice.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Julia Chaney-Faughn is bound by Missouri Bar Association, rules of professional conduct. Judge Rachel Bringer-Shepherd and Judge John Jackson are bound by the Judicial conduct Code and the lawyers code of professional responsibility. Deputy Clerk are bound by Missouri Statute, and Missouri statute is bound by the Missouri Constitution. And Missouri Constitution is bound by the United States Constitution. So, Judge Rachel Bringer-Shepherd, Judge John Jackson, Lory Majors directly contempted court by knowingly participating in a prohibited action, which directly injured L.J.M.F.12. NO! Jurisdiction! Conflict of interest. Prohibited acts. I cant even hire attourney

(b) If you did not exhaust your state remedies on Ground Two, explain why: No representation. My attorney is my adversary. State of Missouri is my advesary, created by the court through Lory Majors. (My step-grandmother). No Jurisdiction. Not able to obtain council due to conflict. Cannot defend myself!

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: I did not appeal because no discussion at all in case # 21MR-CV00086.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: NONE

Name and location of the court where the motion or petition was filed: NONE

Docket or case number (if you know): NONE

My mom complained of this in a guardianship hearing in case #21MK-PR00048, in which the judge did not even recognize anything she said.

Criminal contempt

Julia Nancy-Faugin is bound by Missouri Bar Association, rules of professional conduct. Judge Rachel Bringer-Shepherd and Judge John Jackson are bound by the Judicial conduct code and the lawyers code of professional responsibility. Deputy clerk are bound by Missouri Statute, and Missouri Statute is bound by the Missouri Constitution. And Missouri Constitution is bound by the United States Constitution. So, Judge Rachel Bringer-Shepherd, Judge John Jackson, Lori Majors directly contempted court by knowingly participating in a prohibited action, which directly injured L.S.M.E.H.

No representation. My attorney is my adversary. State of Missouri is my adversary. Created by the court through Lori Majors (My step-grandmother).

X

I did not appeal because.

No discussion at all in Case #21MK-CV00036.

X

None

None

None.

AO 241 (Rev. 09/17)

Date of the court's decision: NONE

Result (attach a copy of the court's opinion or order, if available): NONE

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NONE

Docket or case number (if you know): NONE

Date of the court's decision: NONE

Result (attach a copy of the court's opinion or order, if available): NONE

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I did not raise an issue on my motion because usually when a motion is not answered, its not denied. I had no attorney and still don't. Even though I have an attorney on my record, I think!!!

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: I am filing this now.

**GROUND THREE:** Collateral attack resulting in manifest injustice. interferance of legal process RSMo 575.160.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Oct/Nov. 2021 (case removed from casenet) Case# 21MR-CV00086, certified default. Default Judgement set for May 27, 2021, JARED MAJORS, DEF: Jared Majors attempts to convey or transfer Parental Rights (if any) under consideration of the Court, which does deprive LJM F12 / KRISTA M. TATE of Due Process.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: Yes. State remedies were exhausted before I petition, due to the prohibited conflict of interest.

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☒ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: I did not file a direct appeal because case# 21MR-CV00086 has not been responded too, I have no attorney and this venue is a hostile environment, creating personal injury, due to lack of jurisdiction.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Motion for Default Judgement

Name and location of the court where the motion or petition was filed: Tenth Judicial Circuit Court 906 Broadway Hannibal, MO 63401

Docket or case number (if you know): 21MR-CV00086

Date of the court's decision: NONE

Result (attach a copy of the court's opinion or order, if available): NONE

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No
(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NONE

Docket or case number (if you know): NONE

Date of the court's decision: NONE

Result (attach a copy of the court's opinion or order, if available): NONE

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I did not raise issue due to Tenth Judicial Circuit Court Dist II. Had no Jurisdiction To hear or Exercise on subject. Due To Conflict.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: None. I can't hire an attorney to exercise nothing. Because an attorney cannot take a case under conflict

**GROUND FOUR:** Fraud conspiracy to Deprive. RSMo562.014. Conspiracy to commit.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Judge Rachel Bringer-Shepherd has not disclosed any interest. Judge John Jackson has not disclosed any interest. Lory Majors has not disclosed any interest. Julia Chaney-Faughn has not disclosed interest. Then conveyance of said interest to any of the foregoing is prohibited. A Motion to Intervene by Lory Majors is illegal. A party must have an interest in a case in order to Intervene and if interest were disclosed initially (By all Parties) LJMFD, would not be suffering injury. The bias and prejudice on manipulating displayed in case # 21MR-PR00048 is the best example I have ever seen to give reason to the Constitution

FACT! Motion to Intervene, out of time & frivolous motion does not justify conflict. Jared or Lory Majors, not one motion in case

(b) If you did not exhaust your state remedies on Ground Four, explain why:
#21MR-CV00086, was heard. All of the motions in case# 21MR-PR00048, were heard and sustained.

b.) I was not notified of the petition for guardianship or. no notice or summons so you cannot be a defendant in a case that your not litigant or party.

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: I objected to this case in open court on May 24, 2021 on grounds of Conflict of interest and bias and prejudice by Judge John Jackson.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Motion to Dismiss verbal open court, Motion for change of Judge And Venue, Bias and prejudice.

Page 11 of 16

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: Tenth Judicial Circuit Court

Docket or case number (if you know): 21MR-PR00048   21MR-CV00086

Date of the court's decision: NO DECISION, NO RESPONSE, NO Jurisdiction.

Result (attach a copy of the court's opinion or order, if available): OK.

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No
(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NONE

Docket or case number (if you know): NONE
Date of the court's decision: NONE
Result (attach a copy of the court's opinion or order, if available): NONE

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I did not raise this issue due to a fraudulent intervention and a case in which there was no process. Not a response to case #21MR-CV00086. And due to the conflict prior to all of this, Tenth Judicial Circuit Court has no jurisdiction to hear cause and further these are frivilous. Jared and Lory, Lory or Jared there's still a conflict!!! No Jurisdiction. I can't hire an attourney

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: I am filing a writ of Habeas Corpus In the United States District Court now. Due to an ongoing conflict of interest that has put me a direct adversary with the State of Missouri, and due to the influence of parties and nature of cause the United States District Court is the proper venuer for justice.

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes  ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: All the grounds I raised in case # 21MR-CV00086 have went ignored. I haven't received a hearing on any motion. I have not received final judgement, due to oppression, bias, prejudice, fraud, malice, abuse, neglect. No Jurisdiction

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

the preexisting conflict of interest is from domestic violence from Lory Majors, Clerk of court, carrying out her sons and husbands agenda, has oppressed my rights, and injured my body to supress any voice I have. I have no attorney. No money, I'm helpless.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. NONE, I have tried to obtain Council. I cannot. Due to conflict of Interest. A Lawyer cannot take a case under a conflict of interest

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☒ Yes  ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. Motion for Default Judgement filed mid October 2021 - November 2021, on case # 21MR-CV00086. Tenth Judicial Circuit Court, issues, conflict of interest, due process, equal protection, jurisdiction, prohibited Acts by State personell, No background check on now guardian, Due to Harold E. Majors Jr. being 21, and fathered a child out of child molestration.

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(A) CRUSE · CHANEY-FAUGHN, P.C.
Julia Chaney-Faughn - MO BAR # 61117
Phone: 573·221·1333  718 Broadway Hannibal, MO 63461
Fax: 573·221·1448  P.O. Box 914    Email: jchaneyfaughn@cruselaw.com

(B) Meredith Morrows ILLA, LLC
Phone: 573·769·4298  Meredith Morrows ILLA MO BAR # 56913
Fax: 573·769·4297  215 S. Main St. · P.O. Box 488
Palmyra, MO 63461  Email: meredith@meredithmorrowslla.com

(C) David Brown - MO BAR # 69019
Phone: 573·221·3225  Wasinger Parham LC
Fax: 573·221·1991  2801 St Marys Ave  P.O. Box 962    Email: dbrown@wasingerlaw.com
Marion County  Hannibal, MO 63401

(D) Neil Muane  MO Bar # 45505
Phone: 573·221·3225  Wasinger Parham L.C.
Fax: 573·221·1991  2801 St. Marys Ave  P.O. Box 962   Email: nfmuane@wasingerlaw.com
Hannibal, MO 63401

(E) Candy Ries  MO Bar # 56572
Phone: 573·754·6979  3428 Georgia St.
Fax: 573·754·6684  Louisianna, MO 63353   Email: candy-ries@hotmail.com
Law Office of Candy L. Ries

(F) Lory Majors
Phone: 573·221·0288  Marion County Circuit Clerk to (Judge Jackson) Ass. Circuit Judge)
Fax: 573·221·0945  Probate Clerk
Cell: 573·822·6093  906 Broadway #201
Hannibal, MO 63401

(G) Harold E. Majors JR. (water/sewer Administrator)
Cell phone:  Board of Public Works   (Supervisor)
573·406·4499  3 Industrial Loop Dr  P.O. Box 1589
Phone: 573·221·8050  Hannibal, MO 63401   Email: www.hannibalbpw.org
ext 6021

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☒ Yes   ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

Case # 21MR-CV00086 is still needing final judgement

(b) Give the date the other sentence was imposed: Sept. 20, 2021

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

My case has never been heard, due to the filing in a prohibited venue. The proper venue is United States District Court, Eastern District of Missouri. Due to conflict with state, also Candy Ries, attained, Dec. 16, 2021, did not recognize this conflict and saw it fit to dismiss case # 21MR-CV00086. NO Jurisdiction! NO Lawyer! Conflict of Interest.

Case #21MR-CV00086, was dismissed without my permission. I told Candy Ries not to under any circumstances, not to dismiss my case #21MR-CV00086 and I guess she did because I haven't heard anything at all, she abandoned me. Now, I am left with NO MONEY, Because the money I saved I paid Candy Ries, $3800.00 for two motions that were terrible, no argument, no statutes, no case law. Nothing, I tried to get her to bring up the Conflict of Interest but she wouldn't. Now, I know why because an attorney cannot represent someone with a Current prohibited conflict. So, I hope and pray this writ is accepted and thoroughly gone over and considered. These facts under lying the Claim if proven and viewed in the light of the evidence as a whole, will be sufficient enough to establish by clear and convincing evidence that, but for Constitutional error. No reasonable fact finder would have found the applicant guilty of the underlying offense. The Tenth Judicial Circuit Court. Dist II Hannibal Mo. Does not have Jurisdiction to hear any thing about LJMF13. other than A Conflict of interest Exist. And LJMF13. Krista M Tate will not waive or did not waive or consent to any kind of Jurisdiction. LORY Majors, Harold Majors. Neil Maune, Is in violation of the law.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: 28 USC §1404. Interest of Justice. Dismiss any and all actions surrounding Case# 21MR-CV00086. Case#21MR-PR00048. Dismiss the guardianship. Return my daughter LJMF13. To Me Krista M Taite. The natural Mother and custodian./Restraining order on the subject of LJMF13. Restraining The Tenth Judicial Circuit Court from exercising any and all interest in LJMF13. in that venue. Repay Attorney fees $3,800.00 Fees for My Service on this petition $1,500.00.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on December 2, 2022 (month, date, year).

Executed (signed) on December 2, 2022 (date).

TILLIE R. ALLEN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MARION COUNTY
MY COMMISSION EXPIRES SEPT. 24, 2023
COMMISSION #15487610

*Tillie R. Allen*

*Krista Tate*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____