UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| KRISTA M. TATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 2:22-CV-90 RLW |
| | ) |
| JARED L. MAJORS, JULIA CHANEY FAUGHN, LORY MAJORS, HAROLD E. MAJORS, JR., and HOLLY KOENIG-CONGER, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order issued on this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good faith.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 29th day of June, 2023.